IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Karen RODRIGUEZ, et al., individually and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 16-cv-60442-COHN/SELTZER |

**ORDER AWARDING ATTORNEYS' FEES,
LITIGATION EXPENSES AND INCENTIVE AWARDS**

This matter came before the Court for hearing on July 31, 2017 (the "Fairness Hearing") on Class Counsel's Motion for an Award of Attorneys' Fees and Expenses and Plaintiffs' Application for Incentive Awards (the "Motion"), pursuant to the Order of this Court dated February 14, 2017 (the "Preliminary Approval Order"). The Court, having considered all matters submitted to it at the Fairness Hearing and otherwise; and it appearing that due and adequate notice of the Fairness Hearing substantially in the form approved by the Court pursuant to the Preliminary Approval Order was provided; and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Settlement Agreement dated January 31, 2017 (the "Agreement," D.E. 85-2), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Agreement.

1

2.  This Court has jurisdiction to enter this Order and over the subject matter of the Action and over all parties to the Action, including all members of the Settlement Class.

3.  Pursuant to and in full compliance with Rule 23(h) of the Federal Rules of Civil Procedure, due process, and all other applicable law and rules, the Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Settlement Class Members, advising them of Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses and of their right to object thereto, and a full opportunity was accorded to all such persons and entities to be heard with respect to the motion.

4.  The Court has considered and hereby finds that the amount of attorneys' fees awarded and expenses to be paid by defendant Universal Property & Casualty Insurance Co. are fair and reasonable. Accordingly, Class Counsel are hereby awarded attorneys' fees and expenses in the aggregate amount of $850,000.00. Defendant (or its authorized designee) shall effect payment to Class Counsel in the manner and time frame provided in the Settlement Agreement or as the parties shall otherwise agree.

6.  The Court further grants the request for incentive awards for the Class Representatives. The following amounts are to be paid by defendant Universal Property & Casualty Insurance Co. (or its authorized designee) to the Class Representatives, via Class Counsel, in the manner and time frame provided in the Settlement Agreement:

    a.  $7,500.00 to "Antonio Rodriguez"

    b.  $7,500.00 to "Karen Rodriguez"

    c.  $7,500.00 to "Boris Shaykevich and Yelena Shaykevich"

8.	The finality of the Judgment entered with respect to the Settlement shall not be affected in any manner by this Order, or any appeal from this Order approving the requested attorneys' fees, expenses and incentive awards.

9.	Exclusive jurisdiction is hereby retained over the parties and the Settlement Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Agreement and this Order.

Dated: __July 31__, 2017

**IT IS SO ORDERED.**

_____
Hon. James I. Cohn
United States District Judge